<div style="writing-mode: vertical"><strong>UNITED STATES DISTRICT COURT</strong><br/>For the Northern District of California</div>

1
2
3   UNITED STATES DISTRICT COURT
4   Northern District of California
5
6   MICHAEL DUNN                                    No. C 11-03343 MEJ
7                    Plaintiff(s),              **ORDER DIRECTING PLAINTIFF TO**
         v.                                     **FILE CONSENT/DECLINATION**
8   KAMALA HARRIS                               **FORM**
9
                 Defendant(s).
10  _____/
11

12        Pending before the Court is Plaintiff's in forma pauperis application.  Upon review of the
13  record in this action, the Court notes that Plaintiff has not filed a written consent to magistrate judge
14  jurisdiction.  This civil case was randomly assigned to the undersigned magistrate judge for all
15  purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district
16  court are designated to conduct any and all proceedings in a civil case, including trial and entry of
17  final judgment, upon the consent of the parties.  An appeal from a judgment entered by a magistrate
18  judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same
19  manner as an appeal from any other judgment of a district court.

20        You have the right to have your case assigned to a United States District Judge for trial and
21  disposition.  Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether he
22  consents to magistrate judge jurisdiction or requests reassignment to a United States District Judge
23  for trial.  The consent/declination form shall be filed by July 28, 2011.

24        **IT IS SO ORDERED.**

25  Dated: July 12, 2011
26                                              _____
                                                Maria-Elena James
27                                              Chief United States Magistrate Judge
28

UNITED STATES DISTRICT COURT
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DUNN                                                    No. C 11-03343 MEJ

        Plaintiff(s),

vs.

KAMALA HARRIS

        Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____          Signed by:_____

                                                                   Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____          Signed by:_____

                                                                   Counsel for:_____

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN | Case Number: 11-03343 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| KAMALA HARRIS | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Dunn
P.O. Box 1468
Laytonville, CA 95454

Dated: July 12, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3