UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL DUNN,                         No. C 11-03343 MEJ

           Plaintiff,               **ORDER VACATING CMC AND RELATED DEADLINES**

v.

KAMALA HARRIS,

           Defendant.

_____/

This matter is currently scheduled for a case management conference on October 13, 2011. However, as there is a pending motion to dismiss, the Court VACATES the c.m.c. and all related case management and ADR deadlines.

**IT IS SO ORDERED.**

Dated: September 21, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DUNN,

        Plaintiff,

 v.

KAMALA HARRIS et al,

        Defendant.

Case Number: CV11-03343 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Dunn
P.O. Box 1468
Laytonville, CA 95454

Dated: September 21, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk