UNITED STATES  DISTRICT COURT

Northern District of California

MICHAEL DUNN,                                        No. C 11-03343 MEJ

            Plaintiff,                          **ORDER VACATING CMC AND**
**RELATED DEADLINES**
   v.

KAMALA HARRIS,

            Defendant.
_____/

     This matter is currently scheduled for a case management conference on October 13, 2011.

However, as there is a pending motion to dismiss, the Court VACATES the c.m.c. and all related case

management and ADR deadlines.

     **IT IS SO ORDERED.**

Dated: September 21, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DUNN,

       Plaintiff,

  v.

KAMALA HARRIS et al,

       Defendant.

                                /

Case Number: CV11-03343 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael  Dunn
P.O. Box 1468
Laytonville,  CA 95454

Dated: September 21, 2011

                            Richard W. Wieking, Clerk
                            By: Brenda Tolbert, Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of California