UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHAEL DUNN,<br><br>               Plaintiff,<br><br>   v.<br><br>KAMALA HARRIS,<br><br>               Defendant.<br>_____/ | No. C 11-3343 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On October 11, 2011, Plaintiff filed what appears to be a declaration in response to an order to show cause issued by the Court on September 26, 2011. However, the order to show cause was discharged on October 5, 2011. Accordingly, Plaintiff's declaration is moot.

In his declaration, Plaintiff makes reference to Civil Local Rule 7 and the filing deadline for oppositions under that rule. Plaintiff is hereby advised that the Rule 7 filing deadlines were amended on June 2, 2011. Under the earlier version of the rule, any opposition was to be filed no more than 21 days prior to the noticed hearing date. Under the revised rule, any opposition must be filed no more than 14 days after the motion is served and filed. Civ. Local. Rule 7-3(a). It is recommended that Plaintiff obtain the most current version of the local rules, either at the Court's website or in person at the Clerk's Office.

**IT IS SO ORDERED.**

Dated: October 12, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DUNN,

        Plaintiff,

v.

KAMALA HARRIS et al,

        Defendant.

Case Number: CV11-03343 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Dunn
P.O. Box 1468
Laytonville, CA 95454

Dated: October 12, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2